**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Azucena Amador; and, Thomas Baker

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCENA AMADOR; AND, THOMAS BAKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>**ARSTRAT, LLC,**<br><br>Defendant. | **Case No.:** CV16-9173 SVW (MRWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. STEPHEN V. WILSON** |

///
///
///
///

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the dispute between Plaintiffs AZUCENA AMADAOR; and, THOMAS BAKER ("Plaintiffs") and Defendant ARSTRAT, LLC. ("Arstrat") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 30, 2017 for filing a Joint Dismissal.

Dated: March 30, 2017                                          Respectfully submitted,

                                                               **KAZEROUNI LAW GROUP, APC**

                                                               By: ____/s/ Matthew M. Loker____
                                                                   MATTHEW M. LOKER, ESQ.
                                                                   ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 30th day of March 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                               ____/s/ Matthew M. Loker____
                                                               Matthew M. Loker